**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRIAN BLADES,

        Plaintiff,

vs.                            Case No.  3:09-cv-430-J-34MCR

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

_____/

**ORDER**[1]

    **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 28;

Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge,

on August 5, 2010.  In the Report, Magistrate Judge Richardson recommends that the

Commissioner of Social Security's (the Commissioner) decision be reversed and the case

remanded to the ALJ for further proceedings.  See Report at 32.  The Commissioner has

failed to file objections to the Report, and the time for doing so has now passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

---

[1]    This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the issues addressed herein and is not intended for official publication or to serve as precedent.

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).  Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.      The Magistrate Judge's Report and Recommendation (Dkt. No. 28) is **ADOPTED** as the opinion of the Court.

2.      The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) **REVERSING** the Commissioner's decision and **REMANDING** this matter to the ALJ with instructions to: (1) review the opinions and findings of Dr. Cuffe, explain in detail the amount of weight afforded to his opinions, and if any part of his opinion is rejected, explain fully why it is being rejected; (2) review the opinions and findings of Dr. Schmidt, explain in detail the amount of weight afforded to her opinions, and if any part of her opinion is rejected, explain fully why it is being rejected; (3) review Plaintiff's testimony, evaluate Plaintiff's credibility, and explain what statements, if any, are not credible and why they are not credible; and (4) conduct any other proceedings deemed necessary.

3.      The Clerk of the Court is further directed to close the file.

4.      Should this remand result in the award of benefits, pursuant to Rule 54(d)(2)(B), Federal Rules of Civil Procedure, Plaintiff's attorney is granted an extension of time in which to file a petition for authorization of attorney's fees under 42 U.S.C. § 406(b).

Plaintiff's attorney shall have **thirty (30) days** from the date of a notice of award of benefits from the Social Security Administration to file such a petition for attorney's fees.

      **DONE AND ORDERED** at Jacksonville, Florida, this 1st day of September, 2010.


**MARCIA MORALES HOWARD**
United States District Judge


ja
Copies to:
Counsel of Record